**Chester BOWLES, Administrator, Office of Price Administration, v. PENN–HARRIS HOTEL COMPANY, a Pennsylvania Corporation, and Franklin Moore, Managing Director, Defendants.**

No. 1477.

District Court, M. D. Pennsylvania.

Jan. 17, 1945.

Charles J. Ware, of Harrisburg, Pa., for plaintiff.

McNees, Wallace & Nurick, of Harrisburg, Pa., for defendant.

JOHNSON, District Judge.

For the reasons given in an opinion of this Court of even date herewith entered to civil action No. 1646, 58 F.Supp. 432, the issue herein is consolidated with the issue in civil action No. 1646, and the motion of the defendants for a bill of particulars in civil action No. 1477 is hereby dismissed.

**PENN–HARRIS HOTEL COMPANY, a Pennsylvania Corporation, and Franklin Moore, Managing Director, v. Frank J. SHEA, Area Rent Director, and Chester Bowles, Price Administrator, Office of Price Administration, Defendants.**

No. 1576.

District Court, M. D. Pennsylvania.

Jan. 17, 1945.

Charles J. Ware, of Harrisburg, Pa., for plaintiff.

McNees, Wallace & Nurick, of Harrisburg, Pa., for defendant.

JOHNSON, District Judge.

For the reasons given in an opinion of this Court of even date herewith entered to civil action No. 1646, 58 F.Supp. 432, the motion of the defendants herein to dismiss the complaint filed is granted and the complaint is hereby dismissed.